Argued and submitted February 1, reversed and remanded for reconsideration June 19, 1991

In the Matter of the Compensation of
Dean A. Mintun, Claimant.
LIBERTY NORTHWEST
INSURANCE CORP.,
and Lewis Brothers Meats,
*Petitioners,*

*v.*

Dean A. MINTUN,
*Respondent.*

(88-03011; CA A65395)

812 P2d 855

Stafford J. Hazelett, Portland, argued the cause and filed the brief for petitioners.

Roger Ousey and Bischoff & Strooband, P.C., Eugene, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration in the light of *Aetna v. Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991).